■ In the Matter of STEVEN RABINOWITZ, Petitioner, v JAMES M., Respondent, and THOMAS J. SPOTA, as Suffolk County District Attorney, Appellant. [879 NYS2d 715]—Order, Supreme Court, New York County (Kibbie F. Payne, J.), entered on or about November 26, 2008, which directed that defendant be transferred from a secure psychiatric facility to a nonsecure psychiatric facility, unanimously affirmed, without costs.

A fair interpretation of the evidence supports the application court's findings that while defendant continues to suffer from a mental illness, he no longer shows a level of dangerousness warranting retention in a secure facility, and that he otherwise meets the criteria for retention in a nonsecure facility (*see Matter of David B.*, 97 NY2d 267, 276-279 [2002]; *Matter of George L.*, 85 NY2d 295, 305 [1995]; *cf. Matter of Richard S.*, 6 AD3d 1039 [2004], *appeal dismissed* 3 NY3d 700 [2004]). Concur—Mazzarelli, J.P., Sweeny, DeGrasse, Freedman and Abdus-Salaam, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LARRY MOYE, Appellant. [879 NYS2d 804]—Judgments, Supreme Court, New York County (Micki Scherer, J., at plea; Charles J. Tejada, J., at sentence), rendered on or about April 9, 2008, unanimously affirmed. No opinion. Order filed. Concur—Mazzarelli, J.P., Sweeny, DeGrasse, Freedman and Abdus-Salaam, JJ.